NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3021

THOMAS O. WARD,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. PH0752090126-I-1.

ON MOTION

ORDER

Upon consideration of Thomas O. Ward's unopposed motion for leave to substitute Matthew J. Dowd as principal counsel for Ward and to designate Joseph J. Chester as counsel, and upon consideration of Ward's unopposed motion to withdraw his previously submitted opening brief and for a 45-day extension of time, until February 25, 2010, to file a replacement opening brief,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

JAN 2 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Matthew J. Dowd, Esq.
     Matthew H. Solomson, Esq.
     Joseph J. Chester, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 6 2010

JAN HORBALY
CLERK